# Bennefield *v.* The State.

*Prosecution for Selling or Giving Whiskey to Minor.*

1. *Giving whiskey to minor; competency of witness.*—On a trial in a prosecution for selling or giving spirituous, vinous or malt liquor to a minor, where it appears that the prosecution was commenced by an affidavit made by the minor to whom the whiskey is alleged to have been given, and in the examination of said minor as a witness he testified to the defendant having given him a drink of whiskey at his house, and upon his cross-examination said witness testified that he and the defendant were on friendly terms, it is competent for the defendant, on the further cross-examination of said witness, to ask him "what is the feeling of your father towards the defendant, friendly or unfriendly?"

APPEAL from the County Court of Cleburne.
Tried before the Hon. T. J. BURTON.

The prosecution in this case against the appellant, Charles Bennefield, was commenced by an affidavit made

by Marvin Farlow, which charged that the defendant "did sell or give spiritous, vinous or malt liquors to Marvin Farlow, a minor," etc.

On the trial of the case, Marvin Farlow testified that he was 17 years old; that a short while before he made the affidavit under which this prosecution was commenced, the defendant gave him, while he was at the defendant's house, a drink of whiskey.

Upon the cross examination of said Farlow, and after he had testified that his feelings towards the defendant were friendly, he was asked the following question: "What is the feeling of your father towards the defendant, friendly or unfriendly?" The State objected to this question, the court sustained the objection, and the defendant duly excepted. The ruling upon this question constitutes the only question presented on the present appeal. From a judgment of conviction the defendant appeals.

MERRILL & MERRILL, for appellant.—A prosecuting minor witness should be permitted to testify whether or not the feelings of his father are friendly or unfriendly to defendant.—*Lodge v. State,* 122 Ala. 97.

CHAS. G. BROWN, Attorney-General, for the State.

McCLELLAN, C. J.—On the authority of *Lodge v. The State,* 122 Ala. 97, it must be held that the trial court erred in sustaining the solicitor's objection to the question: "What is the feeling of your father towards the defendant, friendly or unfriendly?" propounded by defendant to the State's witness Marvin Farlow, the witness being a minor. The charge was giving whiskey to this minor, and he was the only witness for the State on the trial. He testified that he himself was friendly to the defendant, and yet he made the affidavit for the warrant against the defendant, charging him with a crime for an act which seems to have been one of mere hospitality in defendant's own house. The defendant himself was the only witness in his behalf, and he positively denied giving the witness any whiskey at any

time. The case seems to illustrate the soundness of the doctrine declared in *Lodge's Case* and to call for its application here.

Reversed and remanded.